**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mabel K. Morris aka Mabel Verdier<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-17174 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Carisbrook Asset Holding Trust and index same on the master mailing list.

               Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
09 Oct 2020, 15:45:38, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322