IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Mabel Morris                                                : CHAPTER 13

     Debtor                                                     : NO. 19-17174

**ORDER**

     AND NOW, this __ day of _____, 2020, upon consideration of the Application for
Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's
fee of $1,500.00 is approved. It is further ORDERED that the fee balance of $1,100.00 shall be disbursed
on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

_____

**Date: November 4, 2020**                                                              J.