United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17174-amc |
| Mabel K. Morris | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mabel K. Morris, 2051 S. 68th St., Philadelphia, PA 19142-1628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Carisbrook Asset Holding Trust paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Carisbrook Asset Holding Trust robert.davidow@phelanhallinan.com |
| SHARON S. MASTERS | on behalf of Debtor Mabel K. Morris shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 1 |

WILLIAM C. MILLER, Esq.  ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Mabel Morris                                                        : CHAPTER 13

    Debtor                                                                  : NO. 19-17174

**ORDER**

    AND NOW, this __ day of _____, 2020, upon consideration of the Application for Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's fee of $1,500.00 is approved. It is further ORDERED that the fee balance of $1,100.00 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

**Date: November 4, 2020**                                                                                            _____
                                                                                        J.