# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mabel K. Morris aka Mabel Verdier<br>　　　　　　　　　　　Debtor(s)<br><br>Carisbrook Asset Holding Trust<br>　　　　　　v.<br>Mabel K. Morris aka Mabel Verdier<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-17174 AMC |

## ORDER

AND NOW, this         day of                  , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 23, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Carisbrook Asset Holding Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2051 South 68th Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 29, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Mabel K. Morris aka Mabel Verdier
2051 South 68th Street
Philadelphia, PA 19142

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

SHARON S. MASTERS ESQUIRE
The Law Office of Sharon S. Masters
2201 Pennsylvania Avenue, #517
Philadelphia, PA 19130

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532