United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                             Case No. 19-17174-amc

Mabel K. Morris                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                                  Page 1 of 2

Date Rcvd: Apr 29, 2021                        Form ID: pdf900                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mabel K. Morris, 2051 S. 68th St., Philadelphia, PA 19142-1628 |
| 14454535 | + | CARISBROOK ASSET HOLDING TRUST, ROUNDPOINT MORTGAGE SERVICING CORP., 446 WRENPLACE ROAD, FORT MILL SC 29715-0200 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021                                         Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Carisbrook Asset Holding Trust paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Carisbrook Asset Holding Trust robert.davidow@phelanhallinan.com |
| SHARON S. MASTERS | on behalf of Debtor Mabel K. Morris shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Mabel K. Morris aka Mabel Verdier<br>　　　　　　　　　Debtor(s)<br><br>Carisbrook Asset Holding Trust<br>　　　　　　v.<br>Mabel K. Morris aka Mabel Verdier<br>　　　　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-17174 AMC |

**ORDER**

AND NOW, this         day of                , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 23, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Carisbrook Asset Holding Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2051 South 68th Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 29, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Mabel K. Morris aka Mabel Verdier
2051 South 68th Street
Philadelphia, PA 19142

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

SHARON S. MASTERS ESQUIRE
The Law Office of Sharon S. Masters
2201 Pennsylvania Avenue, #517
Philadelphia, PA 19130

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532