# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17174-AMC

MABEL K MORRIS

2051 S. 68TH ST.

PHILADELPHIA, PA 19142

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MABEL K MORRIS

    2051 S. 68TH ST.

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    SHARON S. MASTERS, ESQ.
    132 OVERLEAF DRIVE

    THORNDALE, PA 19372-

Date: 2/16/2022

        /S/ Kenneth E. West
        _____
        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee