United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mabel K. Morris  
    Debtor

Case No. 19-17174-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 03, 2022      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mabel K. Morris, 2051 S. 68th St., Philadelphia, PA 19142-1628 |
| 14454535 | + | CARISBROOK ASSET HOLDING TRUST, ROUNDPOINT MORTGAGE SERVICING CORP., 446 WRENPLACE ROAD, FORT MILL SC 29715-0200 |
| 14443833 | | Carisbrook Asset Holding Trust, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14549731 | + | Carisbrook Asset Holding Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14549953 | + | Carisbrook Asset Holding Trust, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14443943 | | Carisbrook Asset Holding Trust., c/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14421976 | | Phelan Hallinan, 1617 JOHN F KENNEDY BLVD, SUITE 1400, PHILADELPHIA PA 19103US Dept Ed, P O. Box 7202 Utica, NU 13504 |
| 14421975 | + | Roundpoint Mortgage, 5016 PARKWAY PLAZA BLVD, SUITE 200, CHARLOTTE NC 28217-1930 |
| 14421979 | + | TSI/909, P. O. Box 17205, Wilmington, DE 19850-7205 |
| 14443548 | + | WSFS Loan Center, PO BOX 71272, Philadelphia PA 19176-6272 |
| 14421983 | + | Xerox Solutions, POB 41818, Philadelphia, PA 19101-1818 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 03 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 03 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14453177 | + | Email/Text: g20956@att.com | May 03 2022 23:54:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14421984 | + | Email/Text: megan.harper@phila.gov | May 03 2022 23:54:00 | CITY OF PHILA LAW DEPT, 1401 JOHN F KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA PA 19102-1640 |
| 14497197 | | Email/Text: megan.harper@phila.gov | May 03 2022 23:54:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14482351 | | Email/Text: megan.harper@phila.gov | May 03 2022 23:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14421977 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2022 23:54:00 | Comenity Bank/Dressbarn, P. O. Box 172789, Columbus, OH 43218 |
| 14431680 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA |

Case 19-17174-amc  Doc 92  Filed 05/05/22  Entered 05/06/22 00:30:41  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 17128-0946 |
| 14421981 | + | Email/Text: bankruptcy@philapark.org | May 03 2022 23:54:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 14421978 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2022 00:00:09 | Sycb/Old Navy, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14421980 | + | Email/Text: bknotice@ercbpo.com | May 03 2022 23:54:00 | TMobile, c/o Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14421982 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 03 2022 23:54:00 | Verizon, 500 Technology Dr., Ste. 300, Weldon Spring, MO 63304-2225 |
| 14443547 | + | Email/Text: Bankruptcy@wsfsbank.com | May 03 2022 23:54:00 | WSFS Bank, 500 Delaware Avenue, 10th Floor, Wilmington DE 19801-1490 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14453602 | *+ | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14442583 | *+ | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Carisbrook Asset Holding Trust paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Carisbrook Asset Holding Trust robert.davidow@phelanhallinan.com |
| SHARON S. MASTERS | on behalf of Debtor Mabel K. Morris shmasters@hotmail.com G65312@notify.cincompass.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: pdf900 | Total Noticed: 24 |

United States Trustee
                       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> MABEL K MORRIS | Chapter 13 |
| Debtor | Bankruptcy No. 19-17174-AMC |

# ORDER

　　　AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

　　　**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 3, 2022**

~~Dated: XX/XX/20XX~~　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
SHARON S. MASTERS, ESQ.
132 OVERLEAF DRIVE

THORNDALE, PA 19372-

Debtor:
MABEL K MORRIS

2051 S. 68TH ST.

PHILADELPHIA, PA 19142